**Dismissed and Opinion Filed March 26, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00258-CR**

**No. 05-24-00259-CR**

**DEKETRIC CHARRONTAY LOVE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-80192-2023, 380-80193-2023**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Miskel

The trial court's judgments in these appeals are orders granting the State's

motions to dismiss prosecution. An order dismissing a case on the State's motion to

dismiss prosecution is not an appealable order. *Petty v. State*, 800 S.W.2d 582, 583–

84 (Tex. App.—Tyler 1990, no pet.) (per curiam).

Accordingly, we dismiss these appeals for want of jurisdiction.[1]

240258f.u05
240259f.u05                  /Emily Miskel/
Do Not Publish               EMILY MISKEL
TEX. R. APP. P. 47.2(b)      JUSTICE

---

[1] Appellant's appeals in cause number 05-23-00257-CR and 05-23-00260-CR remain pending before this Court.



# Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DEKETRIC CHARRONTAY
LOVE, Appellant

No. 05-24-00258-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 380-80192-
2023.
Opinion delivered by Justice Miskel.
Justices Reichek and Carlyle
participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 26th day of March, 2024.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEKETRIC CHARRONTAY LOVE, Appellant

No. 05-24-00259-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-80193-2023.
Opinion delivered by Justice Miskel. Justices Reichek and Carlyle participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 26th day of March, 2024.